## WASHINGTON & ROCKVILLE R. R. CO.

*vs.*

## MARY BELLE BURROUGHS.

*Negligence: damages; "physical injury." Variance: failure to prove all damages claimed—not.*

In an action for damages, "physical injury" is not limited to injuries of which there is external manifestation.

In an action for damages for negligence, it is not a variance for the evidence to fail to prove all kinds of injury set forth in a declaration.

*Decided January 16, 1919.*

Appeal from the Circuit Court for Montgomery County. (PETER and WORTHINGTON, JJ.)

The plaintiff while riding upon one of the cars of the defendant corporation was injured by the collision of that car with another; in a suit brought by her for damages, the verdict was in her favor for $2,000.00; from the judgment entered on that verdict this appeal was taken.

The cause was argued before BOYD, C. J., BURKE, THOMAS, PATTISON, URNER and STOCKBRIDGE, JJ.

*William H. Talbott,* for the appellant.

*John A. Garrett* and *Charles W. Prettyman,* for the appellee.

The decision was affirmed, with costs, on appeal, in an opinion by BOYD, C. J.